UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ELVIS A. LEMES and RUBIA A. LEMES, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Action No. 18-cv-10349-IT |
| | * | |
| BANK OF AMERICA, N.A., | * | |
| | * | |
| Defendant. | * | |

ORDER OF RECUSAL

TALWANI, D.J.

It has been brought to my attention that this case was pending before me at a time during which I had a beneficial interest in Defendant Bank of America, as I reported on my Financial Disclosure Report. I issued no substantive rulings in this matter, which was resolved by stipulation of the parties on March 8, 2019.

As reported in Part VIII of my Financial Disclosure Report, the interest in Bank of America was held by a trust, in which I held no interest; however, members of my household held a 5.5% beneficial interest necessitating disclosure. As further reported in Part VIII of my Financial Disclosure Report, the trust was neither established nor funded by me or members of my household, and we have no control over the assets or income of the trust.

While the matter is closed, and neither I nor my household members have control over the assets or income of the trust, to avoid any appearance of impropriety, I am recusing myself from any further proceedings in this matter.

IT IS SO ORDERED.

March 10, 2022                                                                            /s/ Indira Talwani
                                                                                          United States District Judge